# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  APPOINTMENT TO          :  No. 646
                                :
ORPHANS' COURT PROCEDURAL       :  SUPREME COURT RULES DOCKET
                                :
RULES COMMITTEE                 :

## O R D E R

**PER CURIAM:**

AND NOW, this 19th day of August, 2014, The Honorable Stanley R. Ott, Montgomery County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years.